DAVIDSON, Commissioner.

Robbery by assault is the offense; the punishment, ten years in the penitentiary.

The record is before us without a statement of facts or bills of exception. Nothing is presented for our consideration.

The judgment is affirmed.

Opinion approved by the Court.

The indictment and all matters of procedure appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.

### ALEXANDER v. STATE.
No. 26619.

Court of Criminal Appeals of Texas.

Nov. 18, 1953.

### REYNOLDS v. STATE.
No. 26680.

Court of Criminal Appeals of Texas.

Dec. 2, 1953.

No attorney on appeal for appellant.

William H. Scott, Dist. Atty., King C. Haynie, Asst. Dist. Atty., Houston, Wesley Dice, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for the offense of theft, a felony, and the punishment is assessed at confinement in the state penitentiary for a term of two years.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted for the offense of murder with malice, and his punishment was assessed at confinement in the penitentiary for a term of 10 years.